

# IN THE
# TENTH COURT OF APPEALS

————————————

## No. 10-11-00399-CR

**SHERNON COLEMAN,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

————————————

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2011-10-C2

————————————

## MEMORANDUM OPINION

————————————

Shernon Coleman was convicted of the offense of possession of a prohibited substance in a correctional facility and was sentenced to fifteen years in prison based on an enhancement allegation. TEX. PEN. CODE ANN. § 38.11 (West 2011). Coleman's sole issue complains that the evidence was insufficient for the trial court to have assessed attorney's and investigator's fees in the judgment. The State agrees that the evidence was insufficient in this regard. The trial court determined that Coleman was indigent during the proceedings and no evidence was presented of any change in that status. In

accordance with the opinion of the Court of Criminal Appeals in *Mayer v. State*, 309 S.W.3d 552, 557 (Tex. Crim. App. 2010), we agree that the evidence was insufficient and the judgment should be modified to delete these assessments. Coleman's sole issue is sustained.

*Conclusion*

We find that the trial court erred by assessing attorney's fees and investigator's fees and modify the judgment by deleting the award of attorney's fees and investigator's fees. As modified, the judgment of conviction is affirmed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Modified, and as Modified, Affirmed
Opinion delivered and filed June 6, 2012
Do not publish
[CR25]